UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>SHARON BOGINSKE and MARIN FOX HIGHT,<br><br>                    Defendants. | No. C10-5022 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO REVOKE IN FORMA PAUPERIS STATUS |

The Court, having reviewed the report and recommendation, any objections, and the remaining record, hereby finds and **ORDERS**:

(1)  The Magistrate Judge's report and recommendation is approved and adopted.

(2)  Defendants' motion to dismiss (ECF No. 23) is **DENIED.**

(3)  Defendants' motion in the alternative to revoke Plaintiff's *in forma pauperis* status (ECF No. 23) is **GRANTED.**

(4)  This Court's February 10, 2010 Order (ECF No. 3), which granted Plaintiff leave to proceed *in forma pauperis* is **VACATED.**

(5)  Plaintiff shall pay the $350.00 filing fee for this action in full within thirty days of the date of service of this Order or this action will be dismissed.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

    (6)    All matters shall be stayed in this case, including discovery and any pending motions pending further order of the Court.

    (7)    The Clerk of the Court is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 27th day of December, 2010.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2