HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>Plaintiff,<br><br>v.<br><br>SHARON BOGINSKE and MARIN FOX HIGHT,<br><br>Defendant. | CASE NO. C10-5022RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court sua sponte.

On December 27, 2010, this Court entered an Order Adopting the Report and Recommendation Revoking *In Forma Pauperis* Status [Dkt. #31]. That Order directed the plaintiff to pay the $350.00 filing fee within 30 days and indicated the action would be dismissed if he failed to do so. The filing fee was due on January 26, 2011. On January 31, 2011, the Clerk received a letter from the plaintiff dated January 25, 2011 which states:

> Could you please send me the trial schedule for above case? [C10-5022RBL/KLS] I just paid the $350.00 and need to know new schedule.

The letter did not include payment of the filing fee and no filing fee has been paid to date. Given plaintiff's history of misrepresentations in his previous filings, his representation that he "just

ORDER- 1

1 | paid the $350.00" is not credible.  Therefore, this matter is **DISMISSED** for failure to pay the

2 | filing fee.

3 |       **IT IS SO ORDERED.**

4 |       The Clerk shall send uncertified copies of this order to all counsel of record, and to any

5 | party appearing pro se.

6 |       Dated this 9th day of February, 2011.

7 |

8 |                     *[signature]*

                    RONALD B. LEIGHTON

9 |                     UNITED STATES DISTRICT JUDGE

ORDER- 2