# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANNON BRUCE MORLEY,

v.

SHARON BOGINSKE and MARIN FOX HIGHT,,

**JUDGMENT IN A CIVIL CASE**

CASE NO. C10-5022RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

this matter is **DISMISSED** for failure to pay the filing fee. **IT IS SO ORDERED.**

| February 9, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk