UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>                      Plaintiff,<br><br>   v.<br><br>SHARON BOGINSKE and MARIN FOX HIGHT,<br><br>                      Defendants. | No. C10-5022 RBL/KLS<br><br>ORDER DENYING MOTION FOR VERIFICATION OF TRIAL SCHEDULE |

Before the court is Plaintiff's Motion for Verification of Trial Schedule, in which Plaintiff requests a "new schedule on trial and filings." ECF No. 38. A Revised Pretrial Scheduling Order was entered by the Court on March 29, 2011. ECF No. 37. Accordingly, Plaintiff's motion is moot.

It is **ORDERED:**

(1)     Plaintiff's Motion for Verification of Trial Schedule (ECF No. 38) is **DENIED as moot.**

(2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants and another copy of the Revised Pretrial Scheduling Order (ECF No. 37) to Plaintiff.

**DATED** this __13th__ day of April, 2011.\

                                                            Karen L. Strombom
                                                            United States Magistrate Judge

ORDER - 1