# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SHANNON BRUCE MORLEY,

        Plaintiff,

v.

SHARON BOGINSKE and MARIN FOX HIGHT,

        Defendants.

No. C10-5022 RBL/KLS

ORDER DENYING MOTION TO COMPEL

Before the Court is Plaintiff's *ex parte* Motion Requesting Records from Defendant Without Payment. ECF No. 40. The Court finds that the motion should be denied because Plaintiff did not serve counsel for Defendants with the motion and the motion does not include a certification that Plaintiff conferred with counsel for Defendants before he filed his motion.

While a party may apply to the court for an order compelling discovery "upon reasonable notice to other parties and all persons affected thereby," the motion must also include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention." Fed. R. Civ. P. 37(a)(2)(B). In addition, "[a] good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephonic conference." Local Rule CR 37(a)(2)(A).

ORDER- 1

The Court anticipates that the parties will confer and make a good faith effort to resolve this discovery dispute without Court interference. If the parties cannot amicably resolve this issue, Plaintiff may file a motion to compel, and shall include a certification stating that their efforts were unsuccessful, and shall identify those areas of disagreement that remain unresolved. The court will not address any motion which lacks such a certification. Additionally, Plaintiff must serve counsel for Defendants with any motion filed with this Court. The Court will not entertain any *ex parte* motions.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion for records (ECF No. 40) is **DENIED.**

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   16th   day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2