1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON BRUCE MORLEY,

                            Plaintiff,

    v.

SHARON BOGINSKE and MARIN
FOX HIGHT,

                          Defendants.

No. C10-5022 RBL/KLS

ORDER GRANTING MOTON FOR
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR DEFENDANTS

Before the Court is the motion for withdrawal of counsel for defendants, Ronald S.
Marshall, and for the substitution of John E. Justice of Law, Lyman, Daniel, Kamerrer &
Bogdanovich, PS, as counsel for defendants.

It is **ORDERED**:

(1)     Defendants' motion for the withdrawal and substitution of counsel (ECF No. 46)
is **GRANTED.**

(2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  _30th_  day of November, 2011.

                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER - 1