UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHARON BOGINSKE and MARIN FOX HIGHT,<br><br>　　　　　　　　Defendants. | No. C10-5022 RBL/KLS<br><br>ORDER GRANTING MOTON FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS |

Before the Court is the motion for withdrawal of counsel for defendants, Ronald S. Marshall, and for the substitution of John E. Justice of Law, Lyman, Daniel, Kamerrer & Bogdanovich, PS, as counsel for defendants.

It is **ORDERED:**

(1) Defendants' motion for the withdrawal and substitution of counsel (ECF No. 46) is **GRANTED.**

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   30th   day of November, 2011.

　　　　　　　　　　　　　　　　／s／ Karen L. Strombom
　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1