UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON BRUCE MORELY,

           Plaintiff,

  v.

SHARON BOGINSKE and MARIN FOX HIGHT,

           Defendants.

No. C10-5022 RBL/KLS

ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES

Defendants move for a sixty-day extension of the November 4, 2011 dispositive motions filing deadline due to a change in counsel. ECF No. 48. The Court finds the request is reasonable. The deadline for the filing of the parties' joint status report shall also be extended.

Accordingly, it is **ORDERED:**

(1) Defendants' motion for extension of time to file dispositive motions (ECF NO. 48) is **GRANTED.** All dispositive motions shall be filed on or before **January 27, 2012.** The parties shall submit their joint status report on or before **March 23, 2012.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  6th  day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1