HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COWLITZ COUNTY JAIL,<br><br>　　　　　　Defendant. | CASE NO. C10-5022 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>[DKT. #60] |

　　THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Karen Strombom [Dkt. #60], recommending that the Court GRANT Defendant's Motion for Summary Judgment [Dkt. #53] and DISMISS the Plaintiff's Complaint without prejudice for failure to exhaust his administrative remedies under the PLRA, 42 U.S.C. §1997e(a). The Court has reviewed the record, the Report, and the Plaintiff's Objections to it. [Dkt. #61].

　　The Plaintiff has failed to exhaust his administrative remedies under the PLRA, 42 U.S.C. §1997e(a). The Court therefore ADOPTS the Magistrate Judge's Report and Recommendation [Dkt. #60], Defendant's Motion is GRANTED, and the Plaintiff's

　　>>

　　>

1    Complaint is DISMISSED WITHOUT PREJUDICE.

2    IT IS SO ORDERED.

3    Dated this 3rd day of May, 2012.

4

5    _____
     Ronald B. Leighton
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[DKT. #60] - 2